IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEROME MOORE, K-70518,**

**Plaintiff,**

vs.

**B. SHIELDS, et al.,**

**Defendants.**                                         **No. 02-CV-90-DRH**

## ORDER

**Herndon, District Judge:**

　　Before the Court is Plaintiff's request for entry of default judgment as to Defendant Gayle Fox (Doc. 54). Three days after Plaintiff filed his request, Defendant Fox filed a late answer without leave of Court (Doc. 56). Consequently, the Court **FINDS as moot** Plaintiff's request for entry of default judgment (Doc. 54). Also, the Court **ADVISES** Defendant Fox's counsel to obtain leave before filing a late answer in the future.

　　**IT IS SO ORDERED.**

　　Signed this 2nd day of May, 2005.

　　　　　　　　　　　　　　　　　　　　　　　/s/　　David RHerndon
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**