IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEROME MOORE, K-70518,**

**Plaintiff,**

**vs.**

**B. SHIELDS, et al.,**

**Defendants.**                                              **No. 02-CV-90-DRH**

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendants' unopposed September 14, 2005 Motion to Stay the Trial Date in this matter due to the fact that Defendant Rick Doughtery is stationed in Iraq on active military duty. (Doc. 71.) The Court **GRANTS** Defendants' Motion to Stay the Trial Date. (Doc. 71.) The Court **STAYS** this cause of action generally and **CANCELS** the October 24, 2005 trial date in this matter pending Defendant Doughtery's return from Iraq. The Court further **REQUESTS** that defense counsel notify the Court immediately upon Defendant Doughtery's return.

**IT IS SO ORDERED.**

Signed this 15th day of September, 2005.

/s/     David RHerndon
**United States District Judge**