IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEROME MOORE,**

**Plaintiff,**

**v.**

**B. SHIELDS, et al.,**

**Defendants.**            **No. 02-CV-90-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

Now before the Court is a joint motion to voluntarily dismiss this action. (Doc. 80.) The Court has been advised through the notice of settlement and resolution that Plaintiff has settled with Defendants Marilyn Melton and Gayle A. Fox. (Doc. 79.) Plaintiff voluntarily dismisses with prejudice the remaining Defendants. (Doc. 80.) Therefore, the Court **GRANTS** the joint motion to voluntarily dismiss this action. (Doc. 80.) **IT IS ORDERED** that this action is hereby dismissed with prejudice. Each party to bear its own costs. Clerk to enter judgment accordingly.

        **IT IS SO ORDERED.**

Signed this 22nd day of March, 2007.

                                              /s/       David  RHerndon
                                        **United States District Judge**