# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEROME MOORE,**

    **Plaintiff,**

**v.**                                       **CIVIL ACTION NO. 02-CV-90 DRH**

**B. SHIELDS, et al.,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Joint Motion to Voluntarily Dismiss the action.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and the cause of action is **DISMISSED with prejudice**. Judgment is entered in favor of Defendants **B. SHIELDS, S. MILLER, C/O STARKWEATHER, S. BARNETT, C/O WALKER, C/O WOLLARD, C. FAUST, R. DOUGHERTY, C. HINSLEY, S. RILEY, V. WRIGHT, C/O HARRIS, C. ADAMS, D. FOLSOM, J. STRUDER, CAPT. SAWYER, A. WEHRHEIM, B. NEIGHBORS, LT. WRIGHT, LT. WATTS, G. WELBORN, E. PLOTT, T. CALIPER and C/O WALLER** and against Plaintiff **JEROME MOORE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the case is **DISMISSED with prejudice** against the following defendants: **F. RICE, J. PARRISH, C/O TAYLOR, LT. TURNER, SUPT. GOSSIT, C/O CHRISTOPHER, M. POWERS, D. SWENK, K. REYNOLDS and N. SHAFER.**

**IT IS FURTHER ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** as to Defendants **MARILYN MELTON** and **GAYLE A. FOX** based on the settlement and resolution of the case as to these two defendants.

**NORBERT G. JAWORSKI, CLERK**

March 23, 2007                BY:   /s/Patricia Brown
                                          Deputy Clerk

APPROVED:/s/     David  RHerndon
              **U.S. DISTRICT JUDGE**