IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-90-DRH |
| | ) |
| B. SHIELDS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes on for hearing on Attorney Joseph A. Bleyer's Motion for Leave to Withdraw as Attorney of Record. The Court being fully advised in the premises finds that the Motion is well taken.

It is therefore ORDERED and ADJUDGED that the Motion for Leave to Withdraw as Attorney of Record is hereby granted and Attorney Joseph A. Bleyer of the Law Firm of Bleyer and Bleyer is hereby relieved from any further obligation to this Court or to Jerome E. Moore.

IT IS SO ORDERED.

Signed this 9th day of April, 2007.

/s/     David   RHerndon
United States District Judge